JS-6

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANNA OLSEN, AMBER VIOLET, FRANK GRANT,<br>　　　　Plaintiffs,<br>　Vs.<br><br>JONATHAN SZELIGA, in his individual capacity and as National Sales Director for Engineering Wireless Services, LLC, JOHN DOE 1,<br>　　　　Defendants.<br><br>And Related Cross-Action:<br><br>JONATHAN SZELIGA, in his individual capacity,<br><br>　　　　Cross-Complainant,<br>Vs.<br><br>FRANK GRANT, an individual, and DOES 1-10,<br>　　　　Cross-Defendants. | ) Case No.: CV 19-09795-DSF-E<br>)<br>) **ORDER RE STIPULATION OF**<br>) **DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

ORDER RE STIPULATION OF DISMISSAL

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1) and 41(c), IT IS ORDERED THAT THE ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, cross-claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED:  January 13, 2021

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE